USDC SCAN INDEX SHEET

















SUI  4/24/00 11:35

3:00-CR-01260  USA V. VER HOEVE

*1*

*CRINDI.*

Unsealed 4/20/00

SECRET

FILED

00 APR 18 PM 12: 18

CLERK DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

October 1998 Grand Jury

00 CR 1260 JM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1341 - Mail Fraud; Title 18, U.S.C., Sec. 287 - False Claims; |
| PAUL EDWARD VER HOEVE, | Title 18, U.S.C., Sec. 2 - Aiding |
| Defendant. | and Abetting |

The grand jury charges:

MAIL FRAUD

(Counts 1 - 27)

1.    At all times material to this Indictment:

2.    Medicare provides basic medical coverage for persons age 65 and over who are entitled to retirement benefits and for persons under age 65 who suffer from certain disabilities.  The United States funds 100% of the Medicare program.

3.    Medicare consists of two parts.  Medicare Part A covers institutional health costs for hospitals, skilled nursing facilities and home health agencies.  Medicare Part B is a federally subsidized voluntary insurance program that pays a portion (typically 80%) of the

DEB:cks(xxx):San Diego/3
4/18/00

cost of certain health services not covered by Medicare Part A. The portion of the cost that Medicare does not pay (typically 20%) is a co-payment amount that is the responsibility of the beneficiary. Eligible Medicare beneficiaries may enroll in Medicare Part B by paying monthly premiums.

4. The Department of Health and Human Services (hereinafter "HHS") is the department of the United States responsible for the funding, administration and supervision of Medicare. The Health Care Financing Administration is the agency within HHS that administers the Medicare program.

5. Medicare's Part B program is administered by private insurance companies, referred to as "carriers," that are under contract with the United States to process Medicare Part B claims. Transamerica Occidental Life Insurance Company is the carrier responsible for processing Medicare Part B claims for services rendered in San Diego County.

6. Medicare covers medically necessary cardiac rehabilitation. Monitored cardiac rehabilitation (in which the patient wears an ECG monitor) is billable to Medicare under current procedural technology (CPT) code 93798. Unmonitored cardiac rehabilitation is billable to Medicare under CPT code 93797. Medicare pays more for monitored rehabilitation than for unmonitored rehabilitation.

7. Medicare covers medically necessary treadmill stress tests. The treadmill stress test is administered to evaluate a patient's suitability for cardiac rehabilitation, and to evaluate a patient's progress during and after cardiac rehabilitation. A treadmill stress test is billable to Medicare under CPT code 93015.

//

2

8. Medicare also covers certain physician visits to evaluate and manage a patient. Physician office visits for established patients are billable to Medicare under CPT codes 99211-99215, depending on, among other things, the length of the visit and the complexity of the presenting problem.

9. Medicare does not cover acupuncture.

10. Physicians desiring to treat Medicare beneficiaries must apply to Medicare for a provider number. Upon receipt of a provider number, the physician may submit claims directly to Medicare.

11. Defendant PAUL EDWARD VER HOEVE is a physician who practices in La Mesa, California.

12. Defendant PAUL EDWARD VER HOEVE operated two practices: (1) a primary care practice called "La Mesa Medical Associates," and (2) a cardiac rehabilitation practice called "Cardio-Pulmonary Aerobics Medical Center."

13. Defendant PAUL EDWARD VER HOEVE applied for and obtained Medicare provider numbers A45358 and W13594 for his La Mesa Medical Associates practice.

14. Defendant PAUL EDWARD VER HOEVE applied for and obtained Medicare provider number W14024 for his Cardio-Pulmonary Aerobics Medical Center practice.

SCHEME TO DEFRAUD

15. Beginning in or about 1995 and continuing thereafter until approximately June, 1998, within the Southern District of California, and elsewhere, defendant PAUL EDWARD VER HOEVE, and others known and unknown to the grand jury, knowingly and intentionally devised and

//

//

3

intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises.

16. It was a part of the scheme to defraud that defendant PAUL EDWARD VER HOEVE:

a. billed and received payment from Medicare for monitored cardiac rehabilitation when only unmonitored cardiac rehabilitation was provided;

b. billed and received payment from Medicare for medically unnecessary cardiac rehabilitation;

c. billed and received payment from Medicare for both an office visit and a treadmill test when only a treadmill test was performed;

d. billed and received payment from Medicare for a physician office visit when the patient actually received only acupuncture treatment;

e. billed and received payment from Medicare for a physician office visit when the patient actually received only a massage; and

f. fraudulently obtained over $50,000 from Medicare from this scheme.

MAILINGS

17. For the purpose of executing the scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations and promises, and attempting to do so, on or about the dates set forth below in Column A, within the Southern District of California, defendant PAUL EDWARD VER HOEVE, did knowingly cause to be delivered by the United States Postal Service, and did

4

take and receive from an authorized depository for mail matter, envelopes and other mail matter containing Medicare checks and other documents relating to the Medicare beneficiaries listed below in Column B for the services and claims described below in Column C:

| | A | B | C |
|---|---|---|---|
| COUNT | DATE (CHECK NO.) | BENEFICIARY | DESCRIPTION |
| 1 | 5-29-98 (232483791) | Arthur D. | May 15, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 2 | 3-31-98 (232272615) | Geraldine B. | March 18, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 3 | 3-5-98 (232173011) | Norman B. | Feb. 20, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 4 | 1-29-98 (232044814) | Carol E. | Jan. 16, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 5 | 2-17-98 (232109663) | Edwin U. | Dec. 31, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 6 | 10-21-97 (231689187) | Virginia K. | Oct. 8, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 7 | 8-25-97 (231481764) | Carl H. | Aug. 8, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 8 | 8-8-97 (231418099) | Carl J. | July 22, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |

5

| | A | B | C |
|---|---|---|---|
| COUNT | DATE (CHECK NO.) | BENEFICIARY | DESCRIPTION |
| 9 | 7-11-97 (231313586) | Bill S. | June 27, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 10 | 4-22-97 (231000362) | Violet I. | April 8, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 11 | 3-27-98 (232261111) | Patricia D. | Medically unnecessary March 12, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 12 | 2-26-98 (232146415) | William B. | Medically unnecessary Feb. 13, 1998 monitored cardiac rehabilitation |
| 13 | 2-10-98 (232087381) | Aurora S. | Medically unnecessary Jan. 28, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 14 | 9-29-97 (231605724) | Flora W. | Medically unnecessary Sept. 11, 1997 monitored cardiac rehabilitation |
| 15 | 4-18-97 (230989267) | Doris A. | Medically unnecessary April 2, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 16 | 6-10-96 (229615791) | Rosa G. | Medically unnecessary May 24, 1996 monitored cardiac rehabilitation |
| 17 | 8-11-97 (231425488) | Quistlee C. | July 24, 1997 treadmill test billed as both a treadmill test and a physician office visit |
| 18 | 7-18-97 (231338940) | Josephine C. | July 3, 1997 treadmill test billed as both a treadmill test and a physician office visit |

6

|  | A | B | C |
|---|---|---|---|
| COUNT | DATE (CHECK NO.) | BENEFICIARY | DESCRIPTION |
| 19 | 7-8-97 (231296752) | Teresa D. | June 19, 1997 treadmill test billed as both a treadmill test and a physician office visit |
| 20 | 10-21-96 (230268622) | Barbara P. | Oct. 3, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 21 | 9-20-96 (230150038) | Thanh D. | Sept. 5, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 22 | 8-23-96 (230042221) | Arthur D. | Aug. 1, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 23 | 6-13-96 (229631958) | Annabelle Y. | May 30, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 24 | 1-22-96 (229078175) | Peggy B. | Nov. 30, 1995 treadmill test billed as both a treadmill test and a physician office visit |
| 25 | 2-14-96 (229170241) | Arthur D. | Nov. 16, 1995 treadmill test billed as both a treadmill test and a physician office visit |
| 26 | 11-21-97 (231810294) | Suzanne M. | Sept. 11, 1997 acupuncture billed as a physician office visit |
| 27 | 7-28-97 (231373107) | Suzanne M. | July 10, 1997 massage billed as a physician office visit |

All in violation of Title 18, United States Code, Sections 1341 and 2.

7

<u>FALSE CLAIMS</u>

(Counts 28 to 64)

18.  Paragraphs 1-16 of this Indictment are realleged and incorporated by reference herein.

19.  On or about the dates set forth below in Column A, within the Southern District of California and elsewhere, defendant PAUL EDWARD VER HOEVE did knowingly make and present to the United States Department of Health and Human Services, a department of the United States, through its Medicare carrier, Transamerica Occidental Life Insurance Company, claims for payment for medical services allegedly provided to the Medicare beneficiaries listed below in Column B, which claims the defendant knew to be false, fictitious and fraudulent as described below in Column C:

| | A | B | C |
|---|---|---|---|
| COUNT | DATE OF CLAIM | BENEFICIARY | DESCRIPTION |
| 28 | 5-20-98 | Arthur D. | May 15, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 29 | 5-20-98 | Geraldine B. | May 13, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 30 | 5-20-98 | Ralph T. | May 12, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 31 | 5-20-98 | Robert C. | May 6, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 32 | 5-20-98 | Clifford G. | May 5, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |

8

|  | A | B | C |
|---|---|---|---|
| COUNT | DATE OF CLAIM | BENEFICIARY | DESCRIPTION |
| 33 | 3-23-98 | Geraldine B. | March 18, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 34 | 2-25-98 | Norman B. | Feb. 20, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 35 | 1-21-98 | Carol E. | Jan. 16, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 36 | 2-9-97 | Edwin U. | Dec. 31, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 37 | 2-9-97 | Clifford G. | Dec. 30, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 38 | 10-13-97 | Virginia K. | Oct. 8, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 39 | 8-15-97 | Carl H. | Aug. 8, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 40 | 7-31-97 | Carl J. | July 22, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 41 | 7-3-97 | Bill S. | June 27, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 42 | 4-14-97 | Violet I. | April 8, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |

9

| | A | B | C |
|---|---|---|---|
| COUNT | DATE OF CLAIM | BENEFICIARY | DESCRIPTION |
| 43 | 3-19-98 | Patricia D. | Medically unnecessary March 12, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 44 | 2-18-98 | William B. | Medically unnecessary Feb. 13, 1998 monitored cardiac rehabilitation |
| 45 | 2-2-98 | Aurora S. | Medically unnecessary Jan. 28, 1998 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 46 | 11-12-97 | Jonna S. | Medically unnecessary Nov. 5, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 47 | 9-19-97 | Flora W. | Medically unnecessary Sept. 11, 1997 monitored cardiac rehabilitation |
| 48 | 9-19-97 | Dorothy C. | Medically unnecessary Sept. 9, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 49 | 4-10-97 | Doris A. | Medically unnecessary April 2, 1997 unmonitored cardiac rehabilitation billed as monitored rehabilitation |
| 50 | 5-29-96 | Rosa G. | Medically unnecessary May 24, 1996 monitored cardiac rehabilitation |
| 51 | 8-1-97 | Quistlee C. | July 24, 1997 treadmill test billed as both a treadmill test and a physician office visit |
| 52 | 7-10-97 | Josephine C. | July 3, 1997 treadmill test billed as both a treadmill test and a physician office visit |

10

| COUNT | A<br>DATE<br>OF CLAIM | B<br>BENEFICIARY | C<br>DESCRIPTION |
|---|---|---|---|
| 53 | 6-30-97 | Teresa D. | June 19, 1997 treadmill test billed as both a treadmill test and a physician office visit |
| 54 | 10-11-96 | Barbara P. | Oct. 3, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 55 | 9-12-96 | Thanh D. | Sept. 5, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 56 | 8-15-96 | Arthur D. | Aug. 1, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 57 | 6-5-96 | Annabelle Y. | May 30, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 58 | 5-29-96 | Rosalle D. | May 23, 1996 treadmill test billed as both a treadmill test and a physician office visit |
| 59 | 1-15-96 | Peggy B. | Nov. 30, 1995 treadmill test billed as both a treadmill test and a physician office visit |
| 60 | 1-15-96 | Verna C. | Nov. 30, 1995 treadmill test billed as both a treadmill test and a physician office visit |
| 61 | 1-18-96 | Arthur D. | Nov. 16, 1995 treadmill test billed as both a treadmill test and a physician office visit |
| 62 | 9-22-97 | Suzanne M. | Sept. 11, 1997 acupuncture billed as a physician office visit |
| 63 | 8-11-97 | Suzanne M. | July 31, 1997 acupuncture billed as a physician office visit |

11

| | A | B | C |
|---|---|---|---|
| COUNT | DATE OF CLAIM | BENEFICIARY | DESCRIPTION |
| 64 | 7-18-97 | Suzanne M. | July 10, 1997 massage billed as a physician office visit |

All in violation of Title 18, United States Code, Sections 287 and 2.

DATED:    April 18, 2000.

A TRUE BILL:

_Kaymer Reyer_
Foreperson

GREGORY A. VEGA
United States Attorney

By: _Daniel E. Butcher_
DANIEL E. BUTCHER
Assistant U.S. Attorney

12

AO 442

PLEASE RECEIPT AND RETURN

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**



UNITED STATES OF AMERICA

V.                                        2000 APR 18 P 2: 20  **WARRANT FOR ARREST**

Paul Edward Ver Hoeve

**CASE NUMBER:**    00cr1260-JM

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Paul Edward Ver Hoeve _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

[ ] Pretrial Violation

charging him or her with (brief description of offense)

18 USC 1341 - Mail Fraud; 18 USC 287 - False Claims; 18 USC 2 - Aiding and Abetting

In violation of Title _____ See Above _____ United States Code, Section(s) _____

| Roberta Westdal | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Roi-Ann Bressi | April 18, 2000 |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ NO BAIL _____ by _____ The Honorable Nita L. Stormes _____

Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |